THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, 
 v.
 Leroy Folkes, Appellant.
 
 
 

Appeal From Lexington County
 William P. Keesley, Circuit Court Judge
Unpublished Opinion No. 2008-UP-460
Submitted August 1, 2008  Filed August 8,
 2008   
APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Leroy Folkes appeals his guilty plea for attempted
 armed robbery for which he received a sentence of twenty years.  He argues the
 trial judge abused his discretion in imposing the maximum sentence.  After a thorough review of the record, counsels
 brief, and Folkes pro se brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
KONDUROS, J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.